IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DECAMP,

    Petitioner,                      No. CIV S-01-1210 MCE DAD P

    vs.

JERRY HARPER, et al.,

    Respondents.                ORDER

                              /

        This petition for writ of habeas corpus was dismissed on March 3, 2005. On November 6, 2006, petitioner filed a request for the appointment of counsel. That request, and any further documents filed by petitioner after the closing date, will be disregarded and no orders will issue in response to future filings.

DATED: November 13, 2006.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:8
decamp1210.dis